UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GENTEK, INC.,]

    Plaintiff,

v.                                            CASE NO: 8:08-cv-2315-T-26TGW

TDK-LAMBDA AMERICAS, INC.,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the parties' submissions, including Exhibit A to Defendant's response, it is ordered and adjudged that Plaintiff's Motion for Sanctions (Dkt. 21) is denied. The Court is satisfied that Defendant fully complied with this Court's order of July 2, 2009, entered at docket 16, directing Defendant to supplement its responses to Plaintiff's interrogatories as required by Rule 26(e)(1)(B) of the Federal Rules of Civil Procedure. The parties' respective requests for attorneys' fees and costs is likewise denied. The hearing scheduled for October 8, 2009, at 1:30 p.m., is cancelled.

**DONE AND ORDERED** at Tampa, Florida, on October 7, 2009.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record