# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GENTEK, INC.,

    Plaintiff,

v.                                               CASE NO: 8:08-cv-2315-T-26TGW

TDK-LAMBDA AMERICAS, INC. f/k/a
LAMBDA AMERICAS, INC. f/k/a
ELECTRONIC MEASUREMENTS, INC.,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Defendant's Motion for Summary Judgment (Dkt. 31) is stricken pursuant to paragraph 6(g) of the Court's Case Management and Scheduling Order entered February 17, 2009, at docket 7, for failure to comply with paragraph 6(b) of that order.

**DONE AND ORDERED** at Tampa, Florida, on December 30, 2009.

                                          s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record